IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ROBERT HOWARD AKINS and EMILLIA KAY AKINS, individually and as next friends of CHARLES SCOTT AKINS, and CHARLES SCOTT AKINS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>RIDDELL, INC.,<br><br>Defendant. | CIVIL ACTION NO. 5:19-CV-00121-RWS |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED** this 21st day of July, 2022.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

**ORDER** – Solo page